1  Guy Louie (CA Bar No. 158008)
   Guy@Guylouieattorney.com
2  5820 Stoneridge Mall Road, Suite 100
   Pleasanton, CA  94588
3  Tel. 925.234.1440
   Attorney for Plaintiff
4  AUTONOMIC SOFTWARE, INC.

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  AUTONOMIC SOFTWARE, INC.,       )  Case No.: 3:09-CV-00495-BZ
                                   )
10             Plaintiff,          )  STIPULATION AND [PROPOSED]
       vs.                         )  ORDER OF DISMISSAL
11                                 )
   SOFTWARE TECHNOLOGIES GROUP, INC. a/k/a )
12 STG, INC.,                      )
                                   )
13             Defendant.          )
                                   )

14

15                    **STIPULATION**

16     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and

17 through their undersigned counsel, hereby STIPULATE AND AGREE, that the above-captioned action be

18 dismissed without prejudice. ~~The parties further stipulate that each party shall bear their own attorney's fees,~~

19 ~~expenses and costs.~~ JF / GL

20 IT IS SO AGREED AND STIPULATED.
        April 13
21 Dated: ~~March 28~~, 2009        By: _____
                                        Guy Louie
22                                      Counsel for Plaintiff
                                        Autonomic Software, Inc.
23
        April 7
24 Dated: ~~March __~~, 2009
                                    HOWREY LLP
25
                                    By: _____
26                                      John Foust
                                        Counsel for Defendant
27                                      Software Technologies Group, Inc.

28
   ═══════════════════════════════════════════════════════════════
   STIPULATION AND [PROPOSED] ORDER OF DISMISSAL    3:09-CV-00495-BZ                    Page 1

## ORDER

Pursuant to the above stipulation and good cause appearing therefore, IT IS SO ORDERED.

DATED: April 15, 2009

Honorable Bernard Zimmerman
United States Magistrate Judge
Northern District of California



STIPULATION AND [PROPOSED] ORDER OF DISMISSAL     3:09-CV-00495-BZ     Page 2